IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SMITH,<br>    Plaintiff<br><br>    v.<br><br>TAMMY FURGONSIN et al.,<br>    Defendants | No. 1:18-cv-00543<br><br>(Judge Rambo) |

# ORDER

**AND NOW**, on this 4th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 6), is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge